**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

GREGORY A. GEIMAN, as he is ADMINISTRATOR,
INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 4 HEALTH AND WELFARE,
PENSION, ANNUITY AND SAVINGS FUNDS,
LABOR-MANAGEMENT COOPERATION TRUST, and
HOISTING AND PORTABLE ENGINEERS LOCAL 4
APPRENTICE AND TRAINING FUND; and
INTERNATIONAL UNION OF OPERATING
ENGINEERS NATIONAL TRAINING FUND,                    C.A. No. 25-cv-11460
                        Plaintiffs,

                vs.

EQUIPMENTSHARE.COM, INC. d/b/a
EQUIPMENTSHARE,
                        Defendant.

**NOTICE OF DISMISSAL**


        Plaintiffs Gregory A. Geiman, as he is Administrator, International Union of Operating

Engineers Local 4 Health and Welfare Fund, *et al*. herein, pursuant to Rule 41(a)(1)(i),

Fed.R.Civ.P., dismiss the above-captioned matter.

                                Respectfully submitted,

                                Plaintiffs, by their attorney,

                                /s/ Gregory A. Geiman_____
                                Gregory A. Geiman, Esq.
                                BBO #655207
                                I.U.O.E. Local 4 Trust Funds
                                16 Trotter Drive
                                Medway, MA  02053
                                (508) 533-1400 ext. 140
                                ggeiman@local4funds.org

2

Dated:  May 29, 2025

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Notice of Dismissal has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 29th day of May, 2025.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esq.

2